**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL CASE |
| | : | |
| v. | : | |
| | : | |
| EVELYN MILLER. | : | 2: 26-cr-272-SWR |
| | : | |

**NOTICE OF HEARING**

TAKE NOTICE, that the above-entitled case has been set for an **ARRAIGNMENT AND GUILTY PLEA HEARING** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, PA 19106, on **WEDNESDAY, SEPTEMBER 16, 2026**, at **11:00 A.M.**, before the Honorable Scott W. Reid, in **COURTROOM 3C.**

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

**Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

X **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☒ **Interpreter Required:**

For additional information, please contact the undersigned.

Ian Broderick
Deputy Clerk to Judge Reid
Phone: 267-299-7640

cc: Jonathan McDonald, Defense Counsel
Rob Livemore, AUSA
Probation Office
Pretrial Services
U.S. Marshal
Court Security
Interpreter Coordinator